United States District Court
Southern District of Texas
**ENTERED**
March 16, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN E. GASPARI II, ARJUN RAVISHANKAR, and NANCY A. SMITH, | § § § § | |
| Plaintiffs | § | NO. 4:13-CV-02353 |
| v. | § § | |
| FMC TECHNOLOGIES, INC., | § § | |
| Defendant. | § § | |

ORDER

Before the Court are the Magistrate's Memorandum and Recommendation, Plaintiffs' Objections to the Memorandum and Recommendation and FMC's Response to Plaintiff's Objections. Having reviewed the Memorandum and Recommendation, Plaintiffs' objections thereto, and the responses and pleadings on file, the Court finds that the Magistrate's Memorandum and Recommendation is well founded and should be adopted.

The court, therefore, OVERRULES Plaintiffs' objections, ADOPTS the Magistrate's Memorandum and Recommendation, and ORDERS that Plaintiffs' claims are dismissed with prejudice. IT IS SO ORDERED.

SIGNED on this ____MAR 1 5 2016____ day of _____ 20__.

_____
PRESIDING JUDGE